UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO TELLEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV 15-9385 FFM<br><br>JUDGMENT OF REMAND |

　　　The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.

DATED: November 2, 2017

　　　　　　　　　　　　　　　　　　　/S/FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge