IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RIBOGERTO TELLEZ | ) | Case No.: 2-15-CV-09385-FFM |
| Plaintiff, | ) | |
| v. | ) | [~~proposed~~] ORDER FOR AWARD OF ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security | ) | |
| Defendant. | ) | Judge: Hon. Frederick F. Mumm |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney's fees be paid under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND THREE HUNDRED and 00/100 DOLLARS ($5,300.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: February 2, 2018        /s/ Frederick F. Mumm
                               FREDERICK F. MUMM
                               UNITED STATES MAGISTRATE JUDGE